# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**RON DAVIS,** *et al.* **PLAINTIFFS**

**v.** **4:10CV1560-BRW**
**4:10CV1595-BRW**
**4:10CV1607-BRW**
**4:10CV1608-BRW**
**4:10CV1609-BRW**
**4:10CV1610-BRW**
**4:10CV1611-BRW**

**REGINA FAVORS,** *et al.* **DEFENDANTS**

## JUDGMENT

Based on an Order entered this date granting Defendants' Motion to Dismiss, this case is DISMISSED with prejudice.

IT IS SO ORDERED this 15th day of February, 2011.


/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE